Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Kaitlyn Stout, Esq.
Nevada Bar No. 17304
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive
Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: sprior@swlaw.com
          kmstout@swlaw.com

Benjamin J. Naylor
*Admitted Pro Hac Vice*
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-Mail: bnaylor@swlaw.com

*Attorneys for Defendant*
*United Parcel Service, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL REAVES, | Case No. 3:25-cv-00270-ART-CSD |
| Plaintiff, | |
| v. | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that Theresa C. Trenholm is no longer associated with the law firm of Snell & Wilmer L.L.P. and no longer an attorney of record for Defendant United Parcel Service, Inc. in the above-captioned case.  Benjamin J. Naylor, Esq., Paul Swenson Prior, Esq. and Kaitlyn Stout, Esq. of Snell & Wilmer L.L.P. will continue to represent defendants.

Accordingly, defendants respectfully request that the e-mail address of ttrenholm@swlaw.com be removed from the CM/ECF e-filing list.

Dated:  April 20, 2026.                                       SNELL & WILMER L.L.P.


By:  /s/ *Paul Swenson Prior*
Paul Swenson Prior, Esq. (NV Bar No. 9324)
Kaitlyn Stout, Esq. (NV Bar No. 17304)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

Benjamin J. Naylor
*Admitted Pro Hac Vice*
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004

*Attorneys for Defendant*
*United Parcel Service, Inc.*

IT IS SO ORDERED.

DATED:  April 21, 2026.

_____
Craig S. Denney
United States Magistrate Judge

- 2 -