**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

MICHAEL REAVES,

Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

Defendant.

Case No.: 3:25-cv-00270-ART-CSD

**ORDER GRANTING**

**STIPULATION TO EXTEND MOTION FOR SUMMARY JUDGMENT BRIEFING DEADLINES (FIRST REQUEST)**

COMES NOW Plaintiff, MICHAEL REAVES ("Plaintiff"), and Defendant, UNITED PARCEL SERVICE, INC. ("Defendant"), by and through their undersigned counsel of record, and hereby stipulate and agree to extend the deadline for Plaintiff to file his Opposition to Defendant's Motion for Summary Judgment [ECF No. 31] for a period of three weeks, up to and including August 26, 2026.

The parties further stipulate and agree to extend the deadline for Defendant to file its Reply in Support of the Motion for Summary Judgment [ECF No. 31] for a period of three weeks, up to and including September 30, 2026.

//

This extension is requested as lead counsel for Plaintiff, Mark Mausert, recently hurt his arm and is unable to type, and counsel for Defendant will be traveling when their Reply is due. This request is not for the purpose of delay. Therefore, the parties respectfully request a three-week extension of time, up to and including August 26, 2026, for Plaintiff to file his Opposition to Defendant's Motion for Summary Judgment and a three-week extension of time for Defendant to file its Reply in Support of the Motion for Summary Judgment, up to and including September 30, 2026.

DATED this 5th day of August, 2026.
MARK MAUSERT LAW OFFICE

By: *__/s/ Mark Mausert__*
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

DATED this 5th day of August, 2026.
SNELL & WILMER L.L.P.

By: *__/s/ Benjamin Naylor__*
BENJAMIN J. NAYLOR
*Admitted Pro Hac Vice*
One East Washington Street, Suite 2700
Phoenix, Arizona 85004

SNELL & WILMER, L.L.P.
PAUL SWENSON PRIOR, ESQ.
KAITLYN STOUT, ESQ.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant*

IT IS SO ORDERED.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: August 6, 2026